384 A.2d 239

## In re BUTLER COUNTY MEMORIAL HOSPITAL.

**Appeal of Arthur BLACK, Saul Bernstein, Frank Errera, Albert Wattrell, Georgia Rauschenberger, Kenneth Noell, and Eugene D. Vodev.**

Supreme Court of Pennsylvania.

Argued March 7, 1978.

Decided April 7, 1978.

Thomas H. M. Hough, Ronald J. Brown, Pittsburgh, for appellant.

James H. McConomy, William T. Marsh, Reed Smith Shaw & McClay, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.